UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>R. A. KESSLER, et al.,<br><br>    Defendants. | Case No. 14-cv-02145-EJD (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on May 31, 2017, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Pro Se, Enrique Diaz.

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, William Buranich.

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 5/31/2017

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE DIAZ,<br><br>        Plaintiff,<br><br>    v.<br><br>R. A. KESSLER, et al.,<br><br>        Defendants. | Case No. 14-cv-02145-EJD (NJV)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on June 1, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Enrique Diaz ID: K-70268
Mule Creek State Prison (MCSP)
P.O. Box 409099
Ione, CA 95640

Dated: June 1, 2017

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By: /s/ Gloria Knudson
                                          Gloria Knudson, Deputy Clerk to the
                                          Honorable NANDOR J. VADAS