| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MICHAEL SITZMAN (SBN 156667)<br>   msitzman@gibsondunn.com<br>KEVIN YEH (SBN 314079)<br>   kyeh@gibsondunn.com<br>DANIEL J. KUO (SBN 302727)<br>   dkuo@gibsondunn.com<br>JESSICA L. WRIGHT (SBN 301838)<br>   jwright@gibsondunn.com<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | XAVIER BECERRA<br>   Attorney General of California<br>PATRICK R. MCKINNEY<br>   Supervising Deputy Attorney General<br>WILLIAM P. BURANICH (SBN 144650)<br>   Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5744<br>Fax: (415) 703-5843<br>E-mail: William.Buranich@doj.ca.gov |
| *Attorneys for Plaintiff*<br>ENRIQUE DIAZ | *Attorneys for Defendants*<br>A. TANKERSLEY, S. NUNEZ, R.A. KESSLER, and P. SULLIVAN |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ENRIQUE DIAZ,<br><br>                Plaintiff,<br><br>  v.<br><br>R.A. KESSLER, et al.,<br><br>                Defendants. | NO. 5:14-cv-02145-EJD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current Deadline: December 14, 2017<br>Requested Deadline: December 21, 2017<br><br>**HON. EDWARD J. DAVILA** |

1 | Plaintiff Enrique Diaz ("Diaz") and Defendants A. Tankersley, S. Nunez, R.A. Kessler, and P. Sullivan ("Defendants") jointly submit this stipulation and proposed order continuing the Case Management Conference, currently scheduled for December 14, 2017 at 10:00 a.m., to December 21, 2017 at 10:00 a.m. or a date thereafter that is convenient for the Court.

WHEREAS, a Case Management Conference is currently scheduled for December 14, 2017; and

WHEREAS, the parties are attempting to negotiate a settlement; and

WHEREAS, it would be more efficient for the parties and the Court to continue the Case Management Conference to allow the parties to resolve the case outside of Court.

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel, hereby stipulate to, and request that the Court approve, the following:

1. The Case Management Conference shall be continued from December 14, 2017 at 10:00 a.m. to December 21, 2017 at 10:00 a.m., or a date thereafter that is convenient for the Court. A Joint Case Management Conference Statement shall be filed no later than December 14, 2017.

Respectfully Submitted,

Dated: December 6, 2017        GIBSON DUNN & CRUTCHER LLP

By: /s/ JESSICA L. WRIGHT
    JESSICA L. WRIGHT

*Attorneys for Plaintiff Enrique Diaz*

Dated: December 6, 2017        WILLIAM P. BURANICH
    Deputy Attorney General

By: /s/ WILLIAM P. BURANICH
    WILLIAM P. BURANICH

*Attorneys for Defendants A. Tankersley, S. Nunez, R.A. Kessler, and P. Sullivan*

## ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Jessica L. Wright, hereby attest that concurrence in the filing of this document has been obtained from William P. Buranich.

DATED: December 6, 2017

By: /s/ *JESSICA L. WRIGHT*
     JESSICA L. WRIGHT

# [PROPOSED] ORDER

Based on the foregoing stipulation and good cause being shown, the Court hereby GRANTS the parties' Stipulation. The Court hereby orders as follows:

1. The Case Management Conference is continued from December 14, 2017 at 10:00 a.m. to December 21, 2017 at 10:00 a.m. A Joint Case Management Conference Statement shall be filed no later than December 14, 2017.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this ___6___ day of ___December___, 2017.

_____
Honorable Edward J. Davila
United States District Court Judge