| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MICHAEL SITZMAN (SBN 156667)<br>   msitzman@gibsondunn.com<br>KEVIN YEH (SBN 314079)<br>   kyeh@gibsondunn.com<br>DANIEL J. KUO (SBN 302727)<br>   dkuo@gibsondunn.com<br>JESSICA L. WRIGHT (SBN 301838)<br>   jwright@gibsondunn.com<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | XAVIER BECERRA<br>   Attorney General of California<br>PATRICK R. MCKINNEY<br>   Supervising Deputy Attorney General<br>WILLIAM P. BURANICH (SBN 144650)<br>   Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5744<br>Fax: (415) 703-5843<br>E-mail: William.Buranich@doj.ca.gov |
| *Attorneys for Plaintiff*<br>ENRIQUE DIAZ | *Attorneys for Defendants*<br>A. TANKERSLEY, S. NUNEZ, R.A. KESSLER, and<br>P. SULLIVAN |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ENRIQUE DIAZ,<br><br>                Plaintiff,<br><br>   v.<br><br>R.A. KESSLER, et al.,<br><br>                Defendants. | NO. 5:14-cv-02145-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current Deadline: December 21, 2017<br>Requested Deadline: January 11, 2018<br><br>**HON. EDWARD J. DAVILA** |

Plaintiff Enrique Diaz ("Diaz") and Defendants A. Tankersley, S. Nunez, R.A. Kessler, and P. Sullivan ("Defendants") jointly submit this stipulation and proposed order continuing the Case Management Conference, currently scheduled for December 21, 2017 at 10:00 a.m., to January 11, 2018 at 10:00 a.m. or a date thereafter that is convenient for the Court.

WHEREAS, a Case Management Conference is currently scheduled for December 21, 2017;

WHEREAS, Plaintiff and Defendants notified this court on December 6, 2017 that they were attempting to negotiate a settlement (Dkt. 80);

WHEREAS, the Court granted a stipulation extending the Case Management Conference deadlines on December 6, 2017 (Dkt. 81);

WHEREAS, Plaintiff and Defendants have reached an agreement in principle to settle the above-captioned matter; and

WHEREAS, Plaintiff and Defendants have exchanged a draft settlement agreement and are working to finalize their settlement in principle; and

WHEREAS, Plaintiff and Defendants have agreed to extend the deadline for the Case Management Conference, in the interests of efficiency and to facilitate documentation of the settlement.

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel, hereby stipulate to, and request that the Court approve, the following:

1. The Case Management Conference shall be continued from December 21, 2017 at 10:00 a.m. to January 11, 2018 at 10:00 a.m., or a date thereafter that is convenient for the Court. A Joint Case Management Conference Statement shall be filed no later than January 4, 2018.

Respectfully Submitted,

Dated: December 13, 2017  GIBSON DUNN & CRUTCHER LLP

By: /s/ *JESSICA L. WRIGHT*
JESSICA L. WRIGHT

*Attorneys for Plaintiff Enrique Diaz*

| | | |
|---|---|---|
| 1 | Dated: December 13, 2017 | WILLIAM P. BURANICH<br>Deputy Attorney General |
| 2 | | |

Dated: December 13, 2017  WILLIAM P. BURANICH
Deputy Attorney General

By: */s/ WILLIAM P. BURANICH*
　　WILLIAM P. BURANICH

*Attorneys for Defendants A. Tankersley, S. Nunez, R.A. Kessler, and P. Sullivan*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Jessica L. Wright, hereby attest that concurrence in the filing of this document has been obtained from William P. Buranich.

DATED: December 13, 2017

By: /s/ *JESSICA L. WRIGHT*
     JESSICA L. WRIGHT

# [PROPOSED] ORDER

Based on the foregoing stipulation and good cause being shown, the Court hereby GRANTS the parties' Stipulation. The Court hereby orders as follows:

1. The Case Management Conference is continued from December 21, 2017 at 10:00 a.m. to January 11, 2018 at 10:00 a.m. A Joint Case Management Conference Statement shall be filed no later than January 4, 2018.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** this 14 day of December, 2017.

Honorable Edward J. Davila
United States District Court Judge